IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT
STATE OF FLORIDA

PROVIDED TO
SANTA ROSA C.I. ON
FEB 02 2022
FOR MAILING BY _____

~~STATE OF FLORIDA~~, Germain Harris
    Plaintiff,

CASE No. 2:22cv82-JLB-MRM

v.

FLORIDA, DEPARTMENT OF
CORRECTIONS (Charlotte County),
    Defendant.

2022 FEB -7 PM 1:38
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA
FILED

## CIVIL COVER SHEET

The Department of Justice issued its Agencies two Zero-Tolerance policies. One is an Administrative Investigation Policy which extends authority to its Agencies to Prevent, Detect and Respond to Prison Rape under the Prison Rape Elimination Act (PREA). See Standards to Prevent, Detect and Respond to Sexual Abuse and Assault in Confinement Facilities, 6 Fed Reg 13,100 (Mar 7 2004)(to be codified at 6 C.F.R. pt. 115). The policy sanctions the attacker sexual violence caused by a security staff. 28 C.F.R. § 115.11 (2012).

The Department of Justice also issued its Agency a criminal referral policy, under which permissive users in criminal prosecution are reserved with documented

evidence – namely an administrative order terminating employment. 28 C.F.R. § 115.11 (d)(g)(h)(2012). An order compelling a correctional officer to pay civil penalties is axiomatic that the district court intervene despite the instruction with that decision over a criminal offense. United States v. DiFrancesco 449 U.S. 117 (1980); Bozza v. United States 330 U.S. 160 (1947).

The State of Florida timely appeals. On February 7 2020 the Advisory Board of Administration entered a deferred notice rescinding the Correctional Officer's badge of authority (PR-X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). On September 14 2021 over a year later of entry of the judgment the Board closed the case. The Project Addressing Prison Rape Fifty State Survey of Mandatory Reporting Statutes 1, 1-360 (2014); 28 C.F.R. § 115.16 (d)(2012).

Germaine Harris
Victim

FL PR-X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

## COMPLAINT/ARREST AFFIDAVIT: CIRCUIT/COUNTY COURT - CHARLOTTE COUNTY FLORIDA

Felony ☑  Misdemeanor ☐  Ordinance ☐  Non-Criminal ☐  Warrant ☐  Traffic ☐  In Custody Yes ☐ No ☐ UNK ☑
Felony ☐  Misd ☐

Charge: FELONY     Report No     Case No PR-X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

Defendant's Name (Last, First, Middle): SOUSA DIAZ, Unknown Unknown
DOB: Unknown
Sex: M
Race: HISPANIC
Ht: 601
Wt: 170
Hair: BLK
Eyes: BRO
Skin: LIGHT

Local Address (Street, City, State): 501 SOUTH CALHOUN ST TALLAHASSEE FL
Zip Code: 32399
Telephone: (213) 384-1400
Place of Birth: FLORIDA
Citizenship: USA

Weapon Seized: Yes ☑ No ☐
Type: Can of Mace, Handcuffs, Gloves
Indication of Drug Influence: Y ☐ N ☐ UNK ☑
Indication of Mental Health Issues: Y ☐ N ☑ UNK ☐
Indication of Alcohol Influence: Y ☐ N ☐ UNK ☑

The undersigned swears that he has reasonable grounds to believe that the above named defendant on the 13 day of April 2018 at approximately between 2 and 6 PM at Charlotte Correctional Institution, in Charlotte County did:

UNLAWFULLY TAKE POSSESSION OF GERMAINE HARRIS RIGHT HAND WHILE PLACED OUTSIDE THE FOOD PORTAL AND IS CHARGE TO-WIT: AND ACCUSED OF COMMITTING SEXUAL ASSAULT WITH GERMAINE HARRIS IN WHICH THE OFFICER SET IN MOTION HIS CLOTHED PENIS OF HIS SEXUAL ORGAN AND MADE CONTACT OR HAD UNION WITH THE BODY OF GERMAINE HARRIS. THE OFFICER ENCROACH WITH CRIMINAL INTENT TO EXTRACT SPERM.

Other policy citations 28 C.F.R.§ 115.71 (d)(g)(h)(2012)   Contrary to Florida Statute/Ordinance 115.15

BOOKING DATE   Termination           Time: Unknown           Aggravating/Mitigating   Yes

Booking Officer   Dixon R.             Amount of Bond   TERMINATION

Victim Notified of Advisory  Y☒ No  UNK☐    Injuries to Victim  Y☒ No UNK☐   Medical-Treatment to Victim  Y☐ No☒ UNK☐

Sexual assault/abuse referral made to DCF  Y☐ No UNK☒     DC4 663 Revised 5/12/2014

Pursuant to F.S. 92.525 and under penalties of perjury, I declare
that I have read the foregoing document and that the facts stated
in it are true.


Germaine Harris                             Judy Gardinez Harris
    Victim                              Prison Rape Elimination Act Coordinator


Germaine Harris                             Florida, Department of Corrections
  Printed Name                                      Contractor

PROVIDED TO
SANTA ROSA C.
FEB 0 2 2022
FOR MAILING BY