UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERMAINE HARRIS,

        Plaintiff,

v.                                  Case No. 2:22-cv-82-JLB-MRM

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Defendant.

## ORDER OF DISMISSAL

This cause is before the Court on consideration of a pleading filed by Germaine Harris on February 7, 2022. (Doc. 1.) The pleading contains a hand-written "Civil Cover Sheet" and a handwritten "Complaint/Arrest Affidavit." (Id.) Mr. Harris complains that he was sexually assaulted by Office Sousa Diaz while he was incarcerated at Charlotte Correctional Institution. He appears to seek criminal prosecution of Mr. Diaz. (Id. at 3.)

If Plaintiff intended to file a 42 U.S.C. § 1983 civil rights complaint, he is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners under 42 U.S.C. § 1983. The form, which is enclosed with this Order, requires a plaintiff to include detailed information regarding the defendants, the plaintiff's litigation history, a statement of the claims and facts, and the relief requested. Here, Plaintiff has not provided the Court with the required information set forth on the civil rights complaint form.

To the extent Plaintiff seeks to file criminal charges against Mr. Diaz, "[i]t is

well established that private citizens can neither bring a direct criminal action against another person nor can they petition the federal courts to compel the criminal prosecution of another person."  Ellen v. Stamm, 951 F.2d 359 (9th Cir. 1991); Maine v. Taylor, 477 U.S. 131, 137 (1986) (recognizing that "private parties, and perhaps even separate sovereigns, have no legally cognizable interest in the prosecutorial decisions of the Federal Government"); Linda R.S. v. Richard D., 410 U.S. 614, 619 ("[I]n American jurisprudence . . . a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another.").

Accordingly, it is **ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form. If Plaintiff chooses to file a civil rights complaint, he may do so on the enclosed form. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Fort Myers, Florida on February 22, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

SA:   FTMP-2

Copies to:   Germain Harris
Encl:   42 U.S.C. § 1983 Civil Rights Form